UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNY LEE NEWMAN, JR,

     PLAINTIFF,

-vs-                                 Case No. 5:16-cv-00251-WTH-GRJ

IZUEGBU, MARTINEZ, PAYNE,

     DEFENDANTS.
_____/

## O R D E R

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 8, 2017. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 18.  I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 15, is adopted and incorporated by reference in this order.

2.    The clerk is directed to enter the following judgment: "This case is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(ii)."

3.      The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 9th day of May, 2017.

UNITED STATES DISTRICT JUDGE